**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DEAN MOSTOFI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:12-CV-02226-DKC |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff, Dean Mostofi, and Defendant, Equifax Information Services LLC ("Equifax") through its counsel, that any and all claims of the Plaintiff against Defendant Equifax in connection with the above-captioned case are hereby dismissed with prejudice with each party bearing its own costs. This dismissal shall not dismiss any parties other than Equifax. The parties respectfully request that the Court enter the attached (proposed] order of dismissal of Equifax.

This 24th day of March, 2014.

 

                                                 */s/ Nathan D. Adler*
                                                 Nathan D. Adler
                                                 Bar No. 22645
                                                 Neuberger, Quinn, Gielen, Rubin
                                                 & Gibber P.A.
                                                 One South Street, 27th Floor
                                                 Baltimore, Maryland  21202-3201
                                                 Tel:  (410) 332-8516
                                                 Fax: (410) 332-8517
                                                 nda@nqgrg.com

Brian J. Olson
King and Spalding LLP
1180 Peachtree St
Atlanta, GA 30309
404-572-4600
Fax: 404-572-5100
bjolson@kslaw.com

Attorneys for Equifax Information Services LLC


_____
Dean Mostofi
1737 Glastonberry Road
Potomac, MD 20854
(301) 867-3887
Plaintiff Pro Se


## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing, via U.S. Mail to:

Dean Mostofi
1737 Glastonberry Road
Potomac, MD 20854
*Pro Se Plaintiff*

Dated: March 24, 2014.

            */s/ Nathan D. Adler*
            Nathan D. Adler

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEAN MOSTOFI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:12-CV-02226-DKC |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Dean Mostofi, against Defendant EQUIFAX INFORMATION SERVICES LLC only, in connection with the above-captioned case, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This _____ day of March, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE